IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ACACIA IYANA JACKSON,<br>a/k/a "Dominant,"<br><br>Defendant. | No. 4:24-cr-1 |

GOVERNMENT'S NOTICE REGARDING STATUS OF DEFENDANT

COMES NOW the United States of America by its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and undersigned counsel, and hereby notifies the Court, defendant ACACIA IYANA JACKSON, and counsel for the defendant, that the United States will **not** seek a sentence of death against this defendant for any of the offenses charged in criminal case number 4:24-cr-1.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:         /s/
Lisa R. McKeel
D. Mack Coleman
Assistant United States Attorneys
Alyssa Levey-Weinstein
Special Assistant United States Attorney
Eastern District of Virginia
Newport News Division
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
lisa.mckeel@usdoj.gov
mack.coleman@usdoj.gov
alyssa.levey-weinstein@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

                                        /s/
D. Mack Coleman
Assistant United States Attorney
Eastern District of Virginia
Newport News Division
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
mack.coleman@usdoj.gov