COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk Division

# SENTENCING MINUTES

| | | | |
|---|---|---|---|
| Set: | 2:30 p.m. | Date: | 1/7/2025 |
| Started: | 2:43 p.m. | Judge: | Elizabeth W. Hanes, USDJ |
| Ended: | 4:23 p.m. | Court Reporter: | Jill Trail |
| | | U.S. Attorney: | Alyssa Levey-Weinstein |
| | | | David Coleman |
| | | | Lisa McKeel |
| | | Defense Counsel: | Lawrence Woodward |
| | | | Melissa O'Boyle |
| | | Courtroom Deputy: | Dee Brandt |
| | | Probation Officer: | Jeffrey Noll |
| | | Interpreter | |

Case No.  4:24cr1-002
Defendant:  Donnisha Tyvette Goodman    ☒ In Custody    ☐ On Bond

☒ Came on for disposition.
☒ Deft satisfied with advice, counsel, and effectiveness of counsel.
☒ Court accepted deft's plea and adjudged deft. guilty of count    two    of the    Second Superseding Indictment.
☒ Govt    ☐ motion for downward departure.
         ☒ motion for acceptance of responsibility granted.
☒ Maximum penalties placed on the record.
☒ Presentence Report reviewed.    ☒ Objections heard and rulings made.
☒ Court adopts PSR (with changes) for the purpose of establishing the advisory guidelines.
☐ Evidence presented. (Witnesses and exhibits listed on last page)
☒ Arguments of counsel heard.    ☒ Statement of deft. heard.

## SENTENCING GUIDELINES :

Offense Level:   42   After Changes Reduced to 40
Criminal History:   II
Imprisonment Range:   360   to   life   months – After Changes Reduced to 324 to 405 months.
Supervised Release:   2 to 5 years
Fine Range:  $50,000  to $250,000
Restitution $TBD
Special Assessment: $100

## IMPRISONMENT:

SENTENCE: Counts 1 : The deft. shall be committed to the custody of the BOP to be imprisoned for a total term of   FOUR HUNDRED AND TWENTY (420)   months.

☒ The deft. is remanded to the custody of the U.S. Marshal.

☐ The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal or shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, if no institution has been designated, by 12:00 PM on Month XX, 2024.

☒ Court recommends to the Bureau of Prisons:

    ☒ The deft. be incarcerated in or near Virginia.

    ☒ The deft. be evaluated for a mental health program.

    ☐ The deft. be enrolled in a GED/educational program.

    ☐ The deft be evaluated for a drug education program.

    ☒ The deft be enrolled in a 500 hour Residential Drug Abuse Program (RDAP) if she qualifies and volunteers.

    ☒ The deft be evaluated for a substance abuse treatment program.

    ☒ The deft be enrolled in an educational or vocational skill program.

# SUPERVISED RELEASE:

☒ Upon release from imprisonment, the deft. shall be on supervised release for a term of    FIVE (5)    years.

## Standard Conditions of Supervised Release/Probation:

The defendant must report to the probation office in the federal judicial district where he/she is authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs he/she to report to a different probation office within a different time frame.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

The deft. shall refrain from any unlawful use of a controlled substance and submit to periodic drug testing upon commencement of supervised release, as directed by the probation officer.

## Special Conditions of Supervised Release/Probation:

☒ While on supervised release the defendant shall comply with all the mandatory conditions of supervised release outlined in the PSR. In addition, the defendant shall comply with the standard and special conditions of supervised release that are outlined in the PSR and are hereby adopted by the Court.

# FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

| | | | |
|---|---|---|---|
| ☒ | As to count two | ,the deft shall pay a special assessment in the amount of | 100.00 . |
| ☐ | As to count | ,the deft shall pay a special assessment in the amount of | . |
| ☐ | As to count | ,the deft shall pay a special assessment in the amount of | . |
| ☐ | As to count | ,the deft shall pay a special assessment in the amount of | . |

The total special assessment due is $100.00 and shall be due in full immediately.

Any balance remaining unpaid on the fine/special assessment at the inception of supervision, shall be paid by the deft. in installments of not less than $25.00 per month, until paid in full. Said payments shall commence sixty (60) days after defts. supervision begins.

## FINE:

☒ Court finds deft. is unable to pay fine.

☐ The deft. shall pay a fine in the amount of $_____.

## RESTITUTION:

☐ The deft. shall make restitution in the amount of $_____.

☐ Interest waived.

☒ The Government to a produce request for restitution to defendant's counsel by February 6, 2025. Restitution hearing to be scheduled.

☐ Restitution should be paid joint and severally with _____.

☒ The deft. notified of right of appeal within 14 days.

☒ On motion of gov't, remaining counts dismissed.

☐ The deft. is continued on present bond and cautioned re bail jumping.

☐ Consent Order of Forfeiture entered and filed in open court.

## Additional Counts/Comments:

Defendant waives presence at any restitution hearings.

Statement by Victim's Mother, Patricia Troy.

Probation officer is directed to make the changes to the PSR as stated on the record.